by default, on motion of respondent under rule 237 of the Rules of Civil Practice, the appellant having failed to appear and argue or submit his cause, or file brief. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

NATHAN LEVINE, Respondent, v. NATHAN FREEMAN, Appellant.— Motion granted, with ten dollars costs, unless appellant perfects his appeal, and files and serves his case and brief, on or before the 3d day of April, 1928, and is ready to submit the case at this term, and pays said costs, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

OWEN A. MULLEN and Another, Appellants, v. IROQUOIS TRANSIT CORPORATION, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ALICE L. LEONARD, as Administratrix, etc., of ORVILLE C. LEONARD, Deceased, Respondent, v. BOSTON AND MAINE RAILROAD, Appellant.— Judgment and order reversed on the law and facts and new trial granted, with costs to the appellant to abide the event, on the ground that the plaintiff has failed to meet the burden of proof. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Davis, J., dissents and votes for affirmance.

In the Matter of Charges against JOHN FOLEY, a Traffic Sergeant Connected with Central Police Station in the City of Troy, N. Y.— Determination of the commissioner of public safety unanimously confirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

FRED W. SILBERKRAUS, Respondent, v. SCHAFFER STORES COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. Davis, Hill and Hasbrouck, JJ., concur; Van Kirk, P. J., and Hinman, J., dissent, and vote for a reversal and a new trial, on the ground that the verdict is against the weight of the evidence, and that there was error in the charge in refusing to charge, as requested, in reference to the fifty shares of common stock.

CHARLES E. THOMPSON, an Infant, etc., by ROBERT S. THOMPSON, His Guardian ad Litem, Respondent, v. LOUIS HOLZHAUER, Appellant.— Judgment and order affirmed, with costs. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hinman, J., dissents on the ground that the plaintiff's version is incredible as a matter of law in view of the undisputed physical facts; that the verdict* was contrary to the evidence, there being no explanation of how it was physically possible for plaintiff to have been thrown to the center of the road if struck as testified to by the plaintiff's witnesses.

In the Matter of the Claim of ALBERT KNOWLES, Respondent, against DU PONT ENGINEERING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to take further proof as to the earning capacity of the claimant after the injury and make a finding thereon. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of LAVERNE C. BRADDOCK, Respondent, against PIERCE-ARROW MOTOR CAR COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

* Verdict was for $5,000 in action to recover for personal injuries.— [REP.